IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 17 PM 12: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20491-01-Ma |
| ) | |
| REGINALD SIMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 16, 2005, the United States Attorney for this district appearing for the Government and the defendant, Reginald Sims, appearing in person and with retained counsel, Mr. Handel Durham.

With leave of the Court, the defendant entered a plea of guilty to Count 5 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Monday, August 22, 2005 at 1:30 p.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 16th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT