IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 21 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20491-Ma

REGINALD SIMS,

   Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's September 19, 2005, motion to reset the sentencing of Reginald Sims, which is presently set for September 21, 2005. For good cause shown, the motion is granted. The sentencing of defendant Reginald Sims is **reset to Thursday, October 13, 2005, at 9:30 a.m.**

It is so ORDERED this 21st day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-22-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT