IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 23 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                         NO. 04-20491-Ma

REGINALD SIMS,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's September 22, 2005, motion to reset the sentencing of Reginald Sims, which is presently set for October 13, 2005. For good cause shown, the motion is granted. The sentencing of defendant Reginald Sims is **reset to Wednesday, October 19, 2005, at 1:30 p.m.**

It is so ORDERED this 23rd day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-26-05

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT