IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 20 AM 9: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20491-Ma

REGINAL D. SIMS,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's October 18, 2005, motion to reset the sentencing of Reginal D. Sims, which is presently set for October 19, 2005. For good cause shown, the motion is granted. The sentencing of defendant Reginal D. Sims is **reset to Thursday, November 3, 2005, at 9:30 a.m.**

It is so ORDERED this 19th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT