IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV -4 AM 6:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20491-Ma

REGINALD SIMS,

      Defendant.

### ORDER RESETTING SENTENCING DATE

Before the court is the government's November 2, 2005, motion to reset the sentencing of Reginald Sims, which was set November 3, 2005. For good cause shown, the motion is granted. The sentencing of defendant Reginald Sims is **reset to Thursday, December 1, 2005, at 1:30 p.m.**

It is so ORDERED this 3d day of November, 2005.

                              /s/ Samuel H. Mays, Jr.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT