IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Filed in Open Court |
| | ) 12-1-05 |
| vs. | ) Cr. No. 04-20491-Ma |
| | ) |
| REGINALD SIMS, | ) |
| Defendant, | ) |

## ORDER GRANTING GOVERNMENT'S ORAL MOTION
## TO DISMISS COUNTS 1 THROUGH 4 OF THE INDICTMENT

This cause came to be heard before the court at the sentencing hearing held this date upon the oral motion of counsel for the United States to dismiss counts 1 through 4 of the indictment in this case and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on count 5 of the indictment, the government's motion is well taken and should be granted.

**SO ORDERED** this 1st day of December, 2005.

SAMUEL H. MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-7-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20491 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT